UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES FERCHAU, <br><br> Plaintiff, <br> v. <br><br> CITIMORTGAGE, INC.; and DOES 1-100, Inclusive, <br><br> Defendants. | Case No.: 13-CV-00941-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiff Charles Ferchau filed the above action in the Santa Clara County Superior Court on December 14, 2012. *See* ECF No. 1. Pursuant to 28 U.S.C. § 1441(b), Defendants removed the case to this Court on March 1, 2013. *Id*. On March 8, 2013, Defendants then filed a Motion to Dismiss Plaintiff's Complaint. ECF No. 6. Prior to the hearing on Defendants' Motion to Dismiss, Plaintiff filed a First Amended Complaint. *See* ECF Nos. 7, 9. The parties then stipulated to allow Defendants until June 6, 2013, to respond to Plaintiff's First Amended Complaint. ECF Nos. 10, 12. Given that Defendants have yet to respond to Plaintiff's First Amended Complaint, the Court hereby CONTINUES the Case Management Conference set for June 5, 2013, to August 7, 2013, at 1:30 p.m. In addition, in light of Plaintiff's First Amended Complaint, the Court requests that Defendants voluntarily withdraw their currently pending Motion to Dismiss Plaintiff's original Complaint by June 6, 2013. *See* ECF No. 6.

**IT IS SO ORDERED.**

Dated: June 4, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00941-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE