

1 Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
2 WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
3 Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
4 Facsimile: (925) 280-0005

5 Attorneys for Defendant
CITIMORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES FERCHAU,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.: 5:13-cv-00941 LHK<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE**<br><br>Date:  August 7, 2013<br>Time:  2:00 p.m.<br>Place: Courtroom 8, 4th Floor<br><br>Hon. Lucy H. Koh<br><br>Action Filed: 12/14/2012<br>Trial Date:   None set. |

Defendant CITIMORTGAGE, INC. ("CMI") hereby requests permission to appear telephonically for the Status Conference occurring in this matter on August 7, 2013 at 2:00 p.m. in the above-referenced Court. This request is made in the interests of economy and efficiency in order to avoid the expense to our client of a personal appearance by counsel, which would require travel from our office in Walnut Creek, CA.

DATED: July 29, 2013

WOLFE & WYMAN LLP

By: /s/ Brian H. Gunn  SBN 192594
     BRIAN H. GUNN
Attorneys for Defendant
**CITIMORTGAGE, INC.**

---

1
REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE

1446533.1