UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES FERCHAU,<br><br>                Plaintiff,<br>    v.<br><br>CITIMORTGAGE, INC.; and DOES 1-100, Inclusive,<br><br>                Defendants. | Case No.: 13-CV-00941-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for August 7, 2013, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, August 5, 2013, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: August 4, 2013

                                                      LUCY H. KOH<br>                                                    United States District Judge