UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES FERCHAU, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITIMORTGAGE, INC.; and DOES 1-100, ) <br> Inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 13-CV-00941-LHK <br><br> ORDER DISMISSING WITH PREJUDICE |

On January 2, 2014, the Court granted Defendants' motion to dismiss Plaintiff's complaint in its entirety. *See* ECF No. 39. In that Order, the Court held, "[s]hould Plaintiff elect to file a Second Amended Complaint curing the deficiencies identified herein, he shall do so within 21 days of the date of this order. Failure to meet the 21-day deadline to file an amended complaint or failure to cure the deficiencies identified in this order will result in a dismissal with prejudice." *Id.* at 12. More than 21 days have elapsed since that order, and Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses Plaintiff's complaint with prejudice. The Clerk shall close the file.

Dated: January 31, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00941-LHK
ORDER DISMISSING WITH PREJUDICE